# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATYPUS WEAR INC., et al., ,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>HORIZONTE LTDA, et al.,,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 07cv1064-L (WMc)<br><br>ORDER RE: MAGISTRATE JUDGE RECUSAL |

　　　　On July 25, 2007, Plaintiff submitted a Motion for Recusal of Magistrate Judge McCurine in the above captioned case. (Docket No. 13). Based upon the information contained in the motion, Magistrate Judge McCurine hereby recuses himself from the case. The Court has been notified by the Clerk's Office that this case has been randomly reassigned to Magistrate Judge Ruben Brooks.

　　　　IT IS SO ORDERED.

DATED: August 7, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

cc: Honorable James Lorenz
　　　U.S. District Judge

All Counsel and Parties of Record